UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN ANTONIO DANNER, SR.,

                      Plaintiff,

-v-                                   CIVIL ACTION NO.: 25 Civ. 6993 (VSB) (SLC)

                                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 7) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- The Certified Administrative Record shall be due on **Monday, January 5, 2026.**

- Plaintiff's Motion for Judgment on the Pleadings shall be due on **Wednesday, February 4, 2026**.

- Defendant's opposition to the Motion for Judgment on the Pleadings shall be due on **Friday, March 6, 2026.**

- Plaintiff's reply in further support of the Motion for Judgment on the Pleadings shall be due on **Friday, March 20, 2026.**

Dated:   New York, New York
         November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge