UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN ANTONIO DANNER SR., | |
| Plaintiff, | |
| -against- | 25-CV-6993 (VSB) |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER** |
| Defendant. | |

VERNON S. BRODERICK, United States District Judge:

On August 26, 2025, I referred this case to Magistrate Judge Sarah L. Cave, the assigned Magistrate Judge in this matter.  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  If both parties consent to proceed before the Magistrate Judge, by February 19, 2026, the parties shall either mail or email to

BroderickNYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, within two weeks of this Order, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated:      February 5, 2026
              New York, New York

                                          Vernon S. Broderick
                                          United States District Judge