**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
WARREN ANTONIO DANNER, SR.,

                        Plaintiff,                 25 **CIVIL** 6993 (SLC)

     -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 27, 2026, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Commissioner of Social Security for this further administrative action.

**Dated:** New York, New York

     March 2, 2026

                                     **TAMMI M. HELLWIG**

                                   **Clerk of Court**

                **BY:**                           **Deputy Clerk**